United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                Case No. 23-12896-amc

Claressa A. Whearry                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                    Page 1 of 3

Date Rcvd: Apr 03, 2024                 Form ID: 155                    Total Noticed: 38

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##             Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Claressa A. Whearry, 2419 N. Corlies Street, Philadelphia, PA 19132-3007 |
| 14819973 | + | Ally Home Loans, Po Box 77404, Ewing, NJ 08628-6404 |
| 14819989 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14819991 | + | Phila Inq Cu, 800 River Rd, Conshohocken, PA 19428-2632 |
| 14819992 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14820001 | + | Univ Of Penn, 3900 Chestnut St, Philadelphia, PA 19104-3120 |
| 14820003 | + | Zwicker P.C., 3220 Tillman Dr, Bensalem, PA 19020-2028 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14819972 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 04 2024 00:32:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 14819974 | | Email/PDF: bncnotices@becket-lee.com | Apr 04 2024 07:12:53 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14835879 | | Email/Text: megan.harper@phila.gov | Apr 04 2024 00:33:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14819977 | | Email/Text: megan.harper@phila.gov | Apr 04 2024 00:33:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14819975 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2024 00:36:10 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14820356 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 04 2024 00:36:16 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14819976 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2024 00:36:04 | Citibankna, Attn: Bankrutcy Dept, PO Box 790034, St.Louis, MO 63179-0034 |
| 14819978 | | Email/Text: bankruptcy@philapark.org | Apr 04 2024 00:33:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14819979 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 04 2024 00:33:00 | Comenity Bank/Fashion Bug, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14819980 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 04 2024 00:33:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14819984 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2024 00:36:04 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |

| ID | | Email | Date/Time | Recipient |
|---|---|---|---|---|
| 14821090 | | Email/Text: mrdiscen@discover.com | Apr 04 2024 00:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14819981 | + | Email/Text: mrdiscen@discover.com | Apr 04 2024 00:32:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14819982 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 04 2024 00:33:00 | GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 14819983 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 04 2024 00:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14826585 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2024 00:33:00 | Midland Credit Management Inc., P.O. Box 2037, Warren, MI 48090-2037 |
| 14819985 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2024 00:33:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14819986 | + | Email/PDF: pa_dc_claims@navient.com | Apr 04 2024 00:36:07 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14819987 | | Email/Text: fesbank@attorneygeneral.gov | Apr 04 2024 00:33:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14833562 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2024 00:32:00 | PNC Bank, National Association, po box 94982, Cleveland, OH 44101 |
| 14819994 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2024 00:32:00 | PNC Financial, Attn: Bankruptcy 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 14819988 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2024 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14819993 | + | Email/Text: bankruptcy@philapark.org | Apr 04 2024 00:33:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14826471 | | Email/Text: bnc-quantum@quantum3group.com | Apr 04 2024 00:33:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14819995 | | Email/Text: bknotice@raslavrar.com | Apr 04 2024 00:32:00 | RAS LaVrar LLC, 425 Commerce Dr Ste 150, Ft Washington, PA 19034-2727 |
| 14819996 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 04 2024 00:36:17 | Syncb/Walmart, Attn: Bankruptcy POB 965060, Orlando, FL 32896-5060 |
| 14819997 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 04 2024 00:47:01 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14819998 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 04 2024 00:36:04 | Synchrony Bank/Sams, Attn: Bnakruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14819999 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 04 2024 00:33:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14820000 | ^ | MEBN | Apr 04 2024 00:28:40 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14820002 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2024 00:36:07 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14819990 | ##+ | Perfection Collection, Attn: Bankruptcy Department Attn: Bankru, 313 E 1200 S , Suite 102, Orem, UT 84058-6910 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2024        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2024 at the address(es) listed below:**

**Name**        **Email Address**

MICHAEL A. CIBIK
on behalf of Debtor Claressa A. Whearry help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           )
   Claressa A. Whearry                )           Case No. 23–12896–amc
                           )
                           )
   Debtor(s).                      )           Chapter: 13
                           )
                           )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 3, 2024                           For The Court

                                             Ashely M. Chan
                                             Judge, United States Bankruptcy Court