| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-12896-AMC**

Claressa A. Whearry
2419 N. Corlies Street
Philadelphia  PA    19132-3007

Petition Filed Date: 09/25/2023
341 Hearing Date: 12/15/2023
Confirmation Date: 04/03/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/18/2023 | $400.00 | | 11/15/2023 | $400.00 | | 12/20/2023 | $400.00 | |
| 01/18/2024 | $400.00 | | 02/22/2024 | $400.00 | | 03/20/2024 | $400.00 | |
| 04/17/2024 | $400.00 | | 05/20/2024 | $400.00 | | 06/20/2024 | $400.00 | |
| 07/17/2024 | $400.00 | | | | | | | |

**Total Receipts for the Period:  $4,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $3,725.00 | $3,600.00 | $125.00 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»»  001 | Unsecured Creditors | $2,956.22 | $0.00 | $2,956.22 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»»  002 | Unsecured Creditors | $1,589.38 | $0.00 | $1,589.38 |
| 3 | DISCOVER BANK<br>»»  003 | Unsecured Creditors | $2,588.80 | $0.00 | $2,588.80 |
| 4 | QUANTUM3 GROUP LLC<br>»»  004 | Unsecured Creditors | $1,806.41 | $0.00 | $1,806.41 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»»  005 | Unsecured Creditors | $1,439.47 | $0.00 | $1,439.47 |
| 6 | PHILADELPHIA PARKING AUTHORITY<br>»»  006 | Unsecured Creditors | $479.00 | $0.00 | $479.00 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»»  007 | Unsecured Creditors | $276.26 | $0.00 | $276.26 |
| 8 | PNC BANK<br>»»  008 | Unsecured Creditors | $1,102.04 | $0.00 | $1,102.04 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»»  009 | Secured Creditors | $99.67 | $0.00 | $99.67 |
| 10 | DSNB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | MIDLAND CREDIT MGMT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PERFECTION COLLECTION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12896-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,400.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $3,600.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $440.00 | Total Plan Base: | $17,850.00 |
| Funds on Hand: | $360.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.