| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-12896-AMC

| | |
|---|---|
| Claressa A. Whearry | Petition Filed Date: 09/25/2023 |
| 2419 N. Corlies Street | 341 Hearing Date: 12/15/2023 |
| Philadelphia  PA   19132-3007 | Confirmation Date: 04/03/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2024 | $400.00 | | 09/18/2024 | $400.00 | | 10/17/2024 | $400.00 | |
| 11/20/2024 | $400.00 | | 12/18/2024 | $400.00 | | 01/15/2025 | $400.00 | |
| 02/20/2025 | $400.00 | | 03/19/2025 | $400.00 | | 04/16/2025 | $400.00 | |
| 05/21/2025 | $400.00 | | 06/18/2025 | $400.00 | | 07/16/2025 | $400.00 | |

**Total Receipts for the Period:  $4,800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,725.00 | $3,725.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $2,956.22 | $1,103.81 | $1,852.41 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $1,589.38 | $593.45 | $995.93 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $2,588.80 | $966.60 | $1,622.20 |
| 4 | QUANTUM3 GROUP LLC »» 004 | Unsecured Creditors | $1,806.41 | $674.49 | $1,131.92 |
| 5 | MIDLAND CREDIT MANAGEMENT INC »» 005 | Unsecured Creditors | $1,439.47 | $537.48 | $901.99 |
| 6 | PHILADELPHIA PARKING AUTHORITY »» 006 | Unsecured Creditors | $479.00 | $178.86 | $300.14 |
| 7 | CAPITAL ONE BANK (USA) NA »» 007 | Unsecured Creditors | $276.26 | $94.62 | $181.64 |
| 8 | PNC BANK »» 008 | Unsecured Creditors | $1,102.04 | $411.49 | $690.55 |
| 9 | CITY OF PHILADELPHIA (LD) »» 009 | Secured Creditors | $99.67 | $99.67 | $0.00 |
| 10 | DSNB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PERFECTION COLLECTION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12896-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,200.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $8,385.47 | Arrearages: | $0.00 |
| Paid to Trustee: | $805.99 | Total Plan Base: | $17,850.00 |
| Funds on Hand: | $8.54 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.