Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Claressa A. Whearry
2419 N. Corlies Street
Philadelphia, PA 19132-3007

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-12896-AMC**

Petition Filed Date: 09/25/2023
341 Hearing Date: 12/15/2023
Confirmation Date: 04/03/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/20/2025 | $400.00 | | 09/17/2025 | $400.00 | | 10/16/2025 | $400.00 | |
| 11/19/2025 | $400.00 | | 12/17/2025 | $400.00 | | 01/22/2026 | $400.00 | |
| 02/19/2026 | $400.00 | | 03/18/2026 | $400.00 | | 04/15/2026 | $400.00 | |
| 05/20/2026 | $400.00 | | 06/17/2026 | $400.00 | | 07/15/2026 | $400.00 | |

**Total Receipts for the Period: $4,800.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $14,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,725.00 | $3,725.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»» 001 | Unsecured Creditors | $2,956.22 | $2,176.19 | $780.03 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $1,589.38 | $1,169.99 | $419.39 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $2,588.80 | $1,905.70 | $683.10 |
| 4 | QUANTUM3 GROUP LLC<br>»» 004 | Unsecured Creditors | $1,806.41 | $1,329.78 | $476.63 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $1,439.47 | $1,059.66 | $379.81 |
| 6 | PHILADELPHIA PARKING AUTHORITY<br>»» 006 | Unsecured Creditors | $479.00 | $352.61 | $126.39 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»» 007 | Unsecured Creditors | $276.26 | $195.03 | $81.23 |
| 8 | PNC BANK<br>»» 008 | Unsecured Creditors | $1,102.04 | $811.26 | $290.78 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $99.67 | $99.67 | $0.00 |
| 10 | DSNB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | MIDLAND CREDIT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PERFECTION COLLECTION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,000.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $12,824.89 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,166.78 | Total Plan Base: | $17,850.00 |
| Funds on Hand: | $8.33 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.