October 6, 2026

United States Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, Pa 19107

To whom it may concern:

A proof of claim for the bankruptcy case #23-12896 for Claressa A.Whearry. I am asking that you withdraw claim #6-1 in the amount of $479.00. Due tickets belong to citizens niece Claressa T Whearry.

Thank you for your attention in this matter. If you should have any questions, please feel free to contact me at 215-683-9679 or email me at NMurphy@philapark.org.

Sincerely,

Natasha Murphy

Natasha Murphy
Philadelphia Parking Authority
701 Market St. Suite 5400
Philadelphia, PA 19106
215-683-9679 office
NMurphy@philapark.org email